JS6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

ELSA ANGELICA SOLARES-CASTELLANOS,
Petitioner,
v.
WARDEN, DESERT VIEW DETENTION FACILITY ET AL,
Respondent.

Case No. 5:26-cv-04430-MAR

JUDGMENT

Pursuant to the Order Granting Petition for Habeas Corpus and Ordering Immediate Release, **IT IS HEREBY ADJUDGED** that this Petition is **GRANTED**. Respondents are ORDERED to immediately release Elsa Angelica Solares-Castellanos, (A# 070-501-566) ("Petitioner") from custody subject only to the conditions of her prior Order of Supervision and return all property taken from Petitioner during her arrest and processing into detention. Respondents are ORDERED not to re-detain Petitioner without first following all procedures set forth in 8 C.F.R. §§ 241.4, 241.13, and any other applicable statutory and regulatory procedures, and the Due Process Clause of the Fifth Amendment, including providing pre-deprivation notice and an opportunity to be heard prior to her-re-detention.

Dated: November 20, 2026

HON. MARGO A. ROCCONI
United States Magistrate Judge